UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      CASE NO. 2:14-cv-12472

    Plaintiff,

      HON. Robert H. Cleland
      Mag. Judge R. Steven Whalen

v.

ELIA DELVALLE,

    Defendant.
_____/

## CONSENT JUDGMENT

This matter having come before the Court upon the United States' complaint; the parties having reached an agreement; and the Court being duly advised in the premises, now therefore,

    The Court finds:

        That Defendant is indebted to the United States for unpaid restitution in the amount of **$159,208.80 to the Social Security Administration;**

        That Defendant is currently without assets sufficient to pay the judgment in full; and

        That it is in the best interests of the parties to enter into an installment agreement; now therefore,

1

**IT IS HEREBY ORDERED that:**

2) Judgment shall enter against Elia Delvalle in the amount of $159,208.80 to the Social Security Administration;

3) Defendant agrees to pay the sum specified in paragraph 1, in equal monthly installments of no less than **$100.00** a month to Social Security Administration which will be automatically deducted from defendant's Social Security benefit, and continuing each month until the entire obligation has been paid in full. This agreement shall remain in force and effect until such time as the judgment is paid in full;

4) If for some reason divertee's $100 a month installment payment will no longer be deducted from divertee's Social Security check, then all payments shall be made by check or money order and shall be made payable to the United States **with the notation Elia Delvalle (SSN: XXX-XX-8260) and SSA Claim No. (XXX-XX-0179A).**

   Payments shall be mailed to:

   **United States Attorney's Office**
   **211 W. Fort Street -- Suite 2001**
   **Attn: Financial Litigation Unit**
   **Detroit, Michigan 48226**

After recording that payment has been received in accordance with this agreement, the U.S. Attorney's Office will forward payments to the Social Security Administration, Debt Management Section, ATTN: DOJ Refund, P.O. Box 2861, Philadelphia, PA 19122.

5) Defendant consents to being placed in the Treasury Offset Program;

6) Defendant shall submit complete annual financial information pursuant to the request of the United States;

7) Defendant shall maintain books and records sufficient to verify all financial information submitted to the United States;

8) All payments due hereunder are to be forwarded to the United States in such a manner as to be received by the United States on or before the due date of such payment;

9) The payment terms established hereunder are subject to modification upon material changes in Defendant's financial condition;

10) In the event that the United States does not receive any payment by close of business on the due date of the payment, or does not receive the financial information required by this agreement, the United States may take any action deemed necessary to collect the then outstanding balance due from Defendant;

11) In the event the United States does not receive any payment by the close of business on the due date of the payment, then in addition to the remedies provided in this agreement, interest at the standard federal judgment rate then in effect shall begin to accrue on the outstanding balance due on the debt;

12) In the event that Defendant's place of employment changes or Defendant's residence changes, then Defendant shall notify the United States of such change within five days of the change of employment or change of residence;

13) As long as Defendant is in compliance with all the terms of this agreement, the United States shall not garnish Defendant's wages or bank accounts.

Dated: June 27, 2014

    s/Robert H. Cleland
United States District Judge

## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.

BARBARA L. McQUADE
United States Attorney


 *s/Jacqueline M. Hotz*　　　　　　　　*s/Elia Del Valle (w/consent)*
JACQUELINE M. HOTZ (P35219)　ELIA DEL VALLE
Assistant U.S. Attorney　　　　　　　Defendant
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Email:  Jackie.Hotz@usdoj.dov
Telephone:  (313) 226-9108

## STIPULATION

The undersigned parties hereby stipulate to the entry of the above-stated order.

BARBARA L. MCQUADE
United States Attorney

_____          *Elia S. Del Valle*
                                      Elia Delvalle
Assistant U.S. Attorney               Defendant
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Email:
Telephone:
Bar Number